FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN -3  A 10: 35

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

AT BALTIMORE
DEPUTY

| | |
|---|---|
| Prudential Securities Incorporated<br>One Seaport Plaza - 31st Floor<br>199 Water Street<br>New York, NY 10292-0131,<br><br>             Plaintiff,<br>v.<br><br>James A. Kujawski<br>5 Saunders Point Ln.<br>Annapolis, MD 21403,<br><br>             Defendant. | Case No. 01-3692 |

## ORDER

Upon consideration of plaintiff's Application To Confirm Arbitration Award, and it appearing that good grounds exist therefor under 9 U.S.C. § 9, it is hereby ORDERED that the Application be granted and that the award is confirmed and that judgment be entered thereupon in the amount of $221,000.00 /s/ [handwritten]

IT IS SO ORDERED THIS 3rd DAY OF Jan, 2002

_____
United States District Judge